ROCKWELL, KELLY & DUARTE, LLP
By: Jeffrey R. Duarte
State Bar No. 186190
P.O. Box 0142
Modesto, CA 95353
Phone (209) 521-2552
Fax: (209) 526-7898

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SCHENONE, | Case No.: 2:18-cv-01655-AC |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

    IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, to extend the time for plaintiff to file plaintiff's Motion for Summary Judgment and/or Remand by 30 days, from October 28, 2018 to November 27, 2018.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly

///

///

///

///

-1-

Plaintiff's attorney has a heavy trial workload, and requests additional time to further review the file and prepare the motion. Per Defendant counsel's email on October 9, 2018, defendant has no objection to this request.

Respectfully submitted,

Dated: October 10, 2018
By: */s/ Jeffrey R. Duarte*
JEFFREY R. DUARTE
Attorney for Plaintiff

Dated: October 10, 2018
MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Tina L. Naicker*
(As authorized via email)
TINA L. NAICKER
Special Assistant United States Attorney
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: October 10, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE