MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PAULA LYNN SCHENONE,<br><br>Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:18-cv-01655-AC<br><br>**JOINT STPULATION FOR EXTENSION OF TIME AND [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from December 27, 2018 to **January 28, 2019**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Defendant has four briefing deadlines this week, including two on the same date as the current filing deadline. Counsel was also out on vacation leave for the holidays. In addition, Counsel has a Ninth Circuit brief, which requires multiple levels of review due to the U.S. Attorneys' Office due next week. Due to high workload demands and scheduled leave, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the

Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Dated: December 26, 2018      /s/ * Jeffrey R. Duarte
(*as authorized by email on December 26, 2018)
JEFFREY R. DUARTE
Attorney for Plaintiff

Dated: December 26, 2018      MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By    /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED:**

DATED: January 3, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE