MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| PAULA LYNN SCHENONE,<br><br>Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:18-cv-01655-AC<br><br>**JOINT STPULATION FOR EXTENSION OF TIME AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from January 28, 2019 to **March 5, 2019**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Due to the government shutdown, Counsel had to extend her Ninth Circuit brief, which required multiple levels of review including the U.S. Attorneys' Office. As a result of scheduling conflicts from the shutdown, Counsel had to extend her Ninth Circuit matter to make time for U.S. Attorney review. Counsel also has over 80+ active social security matters, which require two or more dispositive motions per week until mid-March. Due to heavy caseload and unexpected leave, Counsel needs additional time to adequately review the

1 transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further
2 stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this
3 request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for
4 the belated request, but made her request as soon as reasonably practicable.

5 Respectfully submitted,

Dated: January 28, 2019   /s/ * *Jeffrey R. Duarte*
                          (*as authorized by email on January 28, 2019)
                          JEFFREY R. DUARTE
                          Attorney for Plaintiff

Dated: January 28, 2019   MCGREGOR W. SCOTT
                          United States Attorney
                          DEBORAH LEE STACHEL
                          Regional Chief Counsel, Region IX
                          Social Security Administration

                   By     /s/  *Tina L. Naicker*
                          TINA L. NAICKER
                          Special Assistant U.S. Attorney
                          Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED:**

DATED: January 29, 2019   _____
                          ALLISON CLAIRE
                          UNITED STATES MAGISTRATE JUDGE