UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAULA LYNN SCHENONE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 2:18-cv-01655-AC<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.** |

**[~~PROPOSED~~] ORDER**

For good cause appearing therein, IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time for Defendant to Respond to Plaintiff's Motion for Summary Judgment is GRANTED. Defendant shall file its response to Plaintiff's Motion on or before **March 19, 2019**. All other deadlines shall be extended accordingly.

**IT IS SO ORDERED.**

DATED: March 7, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE